UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUNE R. WILLIAMS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-14-3570 |
| | § | |
| HARRIS COUNTY HOUSING AUTHORITY, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Pending before this court are plaintiff's motion for leave to file first amended complaint (Dkt. 8), defendant's motion to dismiss (Dkt. 6) and plaintiff's application for preliminary injunction and permanent injunction (Dkt. 1). After considering these motions and all responses, plaintiff's motion for leave is GRANTED, defendant's motion to dismiss is DENIED as moot and plaintiff's application for preliminary and permanent injunction is DENIED as moot.

Signed at Houston, Texas on February 3, 2015.

_____
Gray H. Miller
United States District Judge