IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUNE R. WILLIAMS, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION H-14-3570 |
| § | |
| HARRIS COUNTY HOUSING AUTHORITY, § | |
| § | |
| *Defendant*. § | |

**ORDER**

Pending before the court is a Memorandum and Recommendation ("M&R") in which the Magistrate Judge recommends that the court grant defendant Harris County Housing Authority's ("HCHA") motion for summary judgment (Dkt. 49). Dkt. 84. Plaintiff June R. Williams did not file any objections to the M&R. After considering the M&R, related documents, and the applicable law, the court is of the opinion that there is no clear error and that the M&R should be adopted. *See* Fed. R. Civ. P. 72, Advisory Committee Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Accordingly, the M&R (Dkt. 84) is **ADOPTED IN FULL**. The court, consistent with the Magistrate Judge's recommendation, **GRANTS** summary judgment in favor of HCHA. A final judgment will issue concurrently with this order.

Signed at Houston, Texas on September 30, 2016.

_____
Gray H. Miller
United States District Judge